WATKINS v. WATKINS

No. 487A95

Case below: 120 N.C.App. 475

Notice of appeal filed Pro Se by Kim U. Kim (formerly known as Kim Watkins) pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 3 April 1996.

YOUNG v. YOUNG

No. 101P96

Case below: 121 N.C.App. 399

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 April 1996.

PETITIONS TO REHEAR

DARE COUNTY BD. OF EDUCATION v. SAKARIA

No. 229A95

Case below: 342 N.C. 648

Petition by defendants to rehear pursuant to Rule 31 denied 26 March 1996.

GRIMSLEY v. NELSON

No. 35A95

Case below: 342 N.C. 542

Petition by plaintiff to rehear pursuant to Rule 31 denied 26 March 1996.